Submitted April 7, reversed June 1, 2017

In the Matter of L. L. P.,
a Person Alleged to have a Mental Illness.
## STATE OF OREGON,
*Respondent,*

*v.*

## L. L. P.,
*Appellant.*

Marion County Circuit Court
16CC05343; A163018

395 P3d 82

Joseph DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Peenesh Shah, Assistant Attorney General, filed the brief for respondent.

Before Sercombe, Presiding Judge, and Hadlock, Chief Judge, and DeHoog, Judge.

**PER CURIAM**

Appellant in this civil commitment case appeals an order committing her to the custody of the Oregon Health Authority for a period not to exceed 180 days. ORS 426.130. On appeal, appellant contends that the trial court erred in concluding that, as a result of a mental disorder, she is dangerous to others. *See* ORS 426.005(1)(f). The state concedes that the record does not contain legally sufficient evidence to support the involuntary commitment and that the trial court's order should be reversed. We agree and accept the state's concession.

Reversed.